EARL HUGHES V. THE STATE.

No. 19336.  Delivered February 16, 1938.
Rehearing denied March 23, 1938.

The opinion states the case.

*H. J. Bernard* and *B. L. Palmer,* both of Houston (*King C. Haynie,* of Houston, on motion for rehearing), for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, JUDGE.—Conviction for violating the local option law; punishment, a fine of $100.00.

This case is a case of like import and the facts are the same as in Cause No. 19335 against the same appellant, this day decided. [Page 172 of this volume.]

The rulings complained of in this cause, and the questions of law, were also presented in Cause No. 19335, and were by this Court decided adversely to appellant's contention.

Under the authority of such case, this cause is affirmed.


ON MOTION FOR REHEARING.


MORROW, PRESIDING JUDGE.—The legal questions presented are identically the same as those raised in the case of Hughes v. State, No. 19337, in which an opinion on motion for rehearing is this day delivered. [Page 175 of this volume.] Upon the reasons and authority of that case, the motion for rehearing in the present instance is overruled.